**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **HKLTN INVESTMENT LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 2 5 7 9 7 9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1751 N CENTRAL EXPY**<br>Number       Street | <br>Number       Street |
| **Mckinney, TX 75070**<br>City                State    ZIP Code | <br>City                State    ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number       Street<br><br>City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://www.allurenailbarmckinney.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | HKLTN INVESTMENT LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. §101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. §101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____   ____   ____   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District **Eastern District of Texas**   When **6/3/2024**   Case number **24-41310**
                                                    MM / DD / YYYY

      District _____   When _____   Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

      District _____   When _____
                                           MM / DD / YYYY

      Case number, if known _____

Debtor    **HKLTN INVESTMENT LLC** _____    Case number _(if known)_ _____
          Name

| | |
|---|---|
| **11. Why is the case filed in _this district_?** | _Check all that apply:_<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** _(Check all that apply.)_<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>    _____<br><br>    _____  _____  _____<br>    City                    State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | _Check one:_<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000           ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☑ $50,001-$100,000    ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | **HKLTN INVESTMENT LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/22/2025**
MM/ DD/ YYYY

**X** **/s/ Hai Q Nguyen**            Hai Q Nguyen
Signature of authorized representative of debtor      Printed name

Title        **Managing Member**

**18. Signature of attorney**

**X**        **/s/ Gary G Lyon**        Date **06/22/2025**
Signature of attorney for debtor        MM/ DD/ YYYY

**Gary G Lyon**
Printed name

**Bailey Johnson & Lyon, PLLC**
Firm name

**6401 W Eldorado Parkway 234**
Number      Street

**Mckinney**        **TX**      **75070**
City        State      ZIP Code

**(214) 620-2034**        **glyon.attorney@gmail.com**
Contact phone        Email address

**005585**        **OK**
Bar number        State

Fill in this information to identify the case:

Debtor Name **HKLTN INVESTMENT LLC**

United States Bankruptcy Court for the: **Eastern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Frost Bank** | **Checking account** | **5  2  9  5** | **$5,570.18** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $5,570.18 |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   | Current value of debtor's interest |
   | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor   HKLTN INVESTMENT LLC
_____   Case number *(if known)* _____
         Name

| 7.2 | _____ | _____ |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11.** **Accounts receivable**

11a. 90 days old or less:  _____ - _____ =.....➔   _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:  _____ - _____ =.....➔   _____
                        face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1. | _____ | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ | _____ |

Debtor   **HKLTN INVESTMENT LLC**                                    Case number *(if known)* _____
_____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                         [                    ]

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| masks, lotion, oils, nail preparation supplies | 06/21/2025 MM / DD / YYYY | $12,000.00 | estimation | $8,000.00 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                         [           $8,000.00 ]

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    HKLTN INVESTMENT LLC
_____    Case number *(if known)* _____
Name

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.     [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    HKLTN INVESTMENT LLC _____    Case number *(if known)* _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| nail salon service equipment | $300,000.00 | client estimate | $82,400.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$82,400.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **HKLTN INVESTMENT LLC**
_____      Case number *(if known)* _____
          Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____   _____  _____  _____

    48.2 _____   _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____   _____  _____  _____

    49.2 _____   _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____   _____  _____  _____

51. **Total of Part 8**                                                    [_____]

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**                                                    [_____]

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

---

Debtor    HKLTN INVESTMENT LLC
_____    Case number *(if known)* _____
Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| website -> allurenailbarmckinney.com | $250.00 | client estimate | $250.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.    | $250.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor   **HKLTN INVESTMENT LLC**
_____   Case number *(if known)* _____
Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   _____
                                   Total face amount      doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

Nature of claim   _____

Amount requested   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim   _____

Amount requested   _____

**76.** **Trusts, equitable or future interests in property**

_____   _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   _____

---

Debtor      HKLTN INVESTMENT LLC
            _____     Case number *(if known)* _____
            Name

| | |
|---|---|
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,570.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $82,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................................. ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $96,220.18 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................................. | | $96,220.18 |

**Fill in this information to identify the case:**

Debtor name __**HKLTN INVESTMENT LLC**__

United States Bankruptcy Court for the: __**Eastern**__    District of    __**Texas**__

(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

_____    _____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    _____

Fill in this information to identify the case:

Debtor name **HKLTN INVESTMENT LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims        **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** | **$0.00** |

**2.1**

**Priority creditor's name and mailing address**

**Bailey Johnson & Lyon, PLLC**

**6401 W Eldorado Parkway 234**

**Mckinney, TX 75070**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ........................................

Remarks: fees as billed post-petition

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**

Priority amount: **$0.00**

---

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **HKLTN INVESTMENT LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**CAPITAL ONE BANK USA NA**

**PO Box 31293**

**Salt Lake City, UT 84131**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.2** | Nonpriority creditor's name and mailing address

**Christy Le and Hai Doan**

**417 Mustang Drive**

**Irving, TX 75063**

Date or dates debt was incurred    **8/2021**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **investors in foreclosed home**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3** | Nonpriority creditor's name and mailing address

**DO TUNG VU**

**11210 OLIVER LANE**

**Frisco, TX 75035**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___ ___ ___ ___

Remarks:
former part owner of business - share purchased with creditor withdrew

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **former partner in LLC**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** | Nonpriority creditor's name and mailing address

**FCI LENDER SERVICES INC**

**P O BOX 27370**

**Anaheim, CA 92809**

Date or dates debt was incurred    **09/03/2024**

Last 4 digits of account number    ___ ___ ___ ___

Remarks: possible deficiency on mortgage foreclosure

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **possible deficiency claim**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

Debtor   **HKLTN INVESTMENT LLC**                                      Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80,143.11

**IOU FINANCIAL INC**

600 TownPark Lane 100

Kennesaw, GA 30144

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash advance**

Date or dates debt was incurred   **2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91,990.63

**LEGEND ADVANCE FUNDING II, LLC**

800 BRICKELL AVE SUITE 902

Miami, FL 33131

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cash advance**

Date or dates debt was incurred   **03/08/2024**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**Main Street Homes**

222 Municipal Dr 138

Richardson, TX 75080

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **trade creditor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Remarks: trade creditor

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown

**Nguyet Nguyen**

2113 Lancecrest Drive

Garland, TX 75044

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **original sale debt**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Remarks: sold salon to LLC

---

Debtor    **HKLTN INVESTMENT LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
| --- | --- |

| **3.9** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
| --- | --- | --- |

**3.9** Nonpriority creditor's name and mailing address

**Vince Tran**

**10806 Preston Vinyard Dr**

**Frisco, TX 75035**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Remarks:** Investor in foreclosed home

As of the petition filing date, the claim is: _____ unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** investor

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **HKLTN INVESTMENT LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Aubrey Thrasher Attorneys at Law** | Line **3.5** | |
| **Joseph Mauldin** | ☐ Not listed. Explain _____ | __ __ __ __ |
| **3050 Peachtree Road NW 240** | _____ | |
| **Atlanta, GA 30305** | | |
| 4.2 **Christopher A. Martinez** | Line **3.6** | |
| **Martinez Law P A** | ☐ Not listed. Explain _____ | __ __ __ __ |
| **2525 PONCE DE LEON BLVD 300** | _____ | |
| **Miami, FL 33134** | | |

Debtor    **HKLTN INVESTMENT LLC**                                    Case number *(if known)*
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$172,133.74** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$172,133.74** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>HKLTN INVESTMENT LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern   District of   Texas<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>Chapter   11</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**
State what the contract or lease is for and the nature of the debtor's interest: **Contract to be ASSUMED**

State the term remaining: **17 months**

List the contract number of any government contract:

**Core Property Capital LLC**
**3340 Peachtree Road NE 1660**
**Atlanta, GA 30326**

**2.2**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.3**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.4**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.5**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

Fill in this information to identify the case:

Debtor name    **HKLTN INVESTMENT LLC**

United States Bankruptcy Court for the:    **Eastern**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ _____ City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ _____ City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ _____ City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ _____ City          State          ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor   **HKLTN INVESTMENT LLC**
Name

Case number (if known)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |
| 2.6 | | Street | | ❑ D ❑ E/F ❑ G |
| | | City          State          ZIP Code | | |

Official Form 206H                    Schedule H: Codebtors

Fill in this information to identify the case:

Debtor name     **HKLTN INVESTMENT LLC**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $96,220.18

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $96,220.18

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    $0.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    +  $172,133.74

4. Total liabilities....................................................................................................................    $172,133.74
    Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name          **HKLTN INVESTMENT LLC** |
| United States Bankruptcy Court for the: <br> **Eastern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to  Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$288,454.88** |
| **For prior year:** From **01/01/2024** to **12/31/2024** <br> MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$614,172.21** |
| **For the year before that:** From **01/01/2023** to **12/31/2023** <br> MM/ DD/ YYYY       MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | **$636,506.08** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to  Filing date <br> MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024** <br> MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023** <br> MM/ DD/ YYYY       MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **Core Property Capital LLC**<br>Creditor's name<br>**3340 Peachtree Road NE 1660**<br>Street<br><br>**Atlanta, GA 30326**<br>City          State     ZIP Code | **04/03/2025** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **lease payment** |
| 3.2. **Collin County District Court**<br>Creditor's name<br>**2300 Bloomdale Road 1164**<br>Street<br><br>**Mckinney, TX 75071**<br>City          State     ZIP Code | **05/21/2025** | **$7,810.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **bond payment** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. _____<br>Creditor's name<br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____ | _____ | _____ |
| **Relationship to debtor**<br>_____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** **Capital Fund REIT LLC** <br> Creditor's name <br><br> **14555 N Scottsdale Road 200** <br> Street <br><br><br> **Scottsdale, AZ 85254** <br> City      State    ZIP Code | **4712 Lawrence Lane, Plano, TX 75093** <br> **(note owed approximately $430k)** | **09/03/2024** | **$644,231.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br> Creditor's name <br><br> _____ <br> Street <br><br><br> _____ <br> City      State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**   Legal Actions or Assignments

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** **CPC CAMERON CROSSING, LLC vs. HKLTN INVESTMENT LLC** <br><br> **Case number** <br> **01-EV-25-00947** | **eviction** | **JP Court Number 1, Collin County, State of Texas** <br> Name <br><br> **2300 Bloomdale Road 1164** <br> Street <br><br><br> **Mckinney, TX 75071** <br> City      State    ZIP Code | ☐ Pending <br> ☑ On appeal <br> ☐ Concluded |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **CPC Cameron Crossing, LLC v. HKLTN Investment LLC** | eviction | **County Court at Law 6, Collin County, State of Texas** <br> Name <br> **2100 Bloomdale Road 30354** <br> Street <br> **Mckinney, TX 75071** <br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **006-02189-2025** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Plano Independent School District vs. HKLTN Investment, LLC, et al** | foreclosure taxes | **471st District Court, Collin County, State of Texas** <br> Name <br> **2100 Bloomdale Road** <br> Street <br> **Mckinney, TX 75071** <br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **471-07762-2024** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Legend Advance Funding II, LLC vs HKLTN Investment LLB d/b/a Allure Nail Bar and Hai Q Nguyen** | debt collection | **Circuit Court 11th District Miami-Dada County, State of Florida** <br> Name <br> **175 NW 1st Ave 2400** <br> Street <br> **Lawson E Thomas Courthouse Center** <br> **Miami, FL 33128** <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2024-008467-CA-01** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br> _____ <br> Street <br> _____ <br> City          State    ZIP Code | Case title <br> _____ <br> Case number <br> _____ <br> Date of order or assignment <br> _____ | Court name and address <br> Name <br> _____ <br> Street <br> _____ <br> City          State    ZIP Code |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **HKLTN INVESTMENT LLC**    Case number *(if known)*
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                        State      ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|--|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

**Part 6:**    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | **Bailey Johnson & Lyon, PLLC** | **Attorney's Fee** | **6/21/2025** | **$3,000.00** |

**Address**

**6401 W Eldorado Parkway 234**
Street

**Mckinney, TX 75070**
City                        State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

---

Debtor  **HKLTN INVESTMENT LLC**                                    Case number *(if known)*
        Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State    ZIP Code | |

Debtor   HKLTN INVESTMENT LLC
_____   Case number *(if known)*_____
Name

## Part 8:   Health Care Bankruptcies

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____<br><br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Phone number for rewards offering** _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **HKLTN INVESTMENT LLC**    Case number *(if known)* _____
          Name

18.1  _____  XXXX–__ __ __    ☐ Checking        _____  _____
      Name                                        ☐ Savings
      _____                    ☐ Money market
      Street                                       ☐ Brokerage
      _____                    ☐ Other
      _____                       _____
      City         State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | Address | | |
| City    State    ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Employee owned equipment** | | ~~employees personal effects~~ | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

Debtor    HKLTN INVESTMENT LLC

Name _____    Case number *(if known)* _____

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| _____ | Street _____ | | ☐ Concluded |
| | _____ | | |
| | City          State     ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

| Debtor | HKLTN INVESTMENT LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Hai Q Nguyen**<br>Name<br><br>**1751 N Central Expwy Suite D100**<br>Street<br><br>**Mckinney, TX 75070**<br>City      State    ZIP Code | From **2018**   To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City      State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor   **HKLTN INVESTMENT LLC**   Case number *(if known)* _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Hai Q Nguyen**
Name

**1751 N Central Expwy Suite D100**
Street

**Mckinney, TX 75070**
City                          State              ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name

Street

City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                          State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hai Q Nguyen** | **1751 N Central Expwy Suite D100 Mckinney, TX 75070** | **Managing Member, owner** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor  HKLTN INVESTMENT LLC _____  Case number *(if known)* _____
        Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ <br> To _____ |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Hai Q Nguyen <br> Name <br><br> 1751 N Central Expwy Suite D100 <br> Street <br><br> <br> Mckinney, TX 75070 <br> City          State          ZIP Code | _____ | _____ | Managing Member is paid bi-weekly $2500 (pre-tax) |

| Relationship to debtor |
|------------------------|
| Managing member |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/22/2025**
        MM/  DD/  YYYY

**X** /s/ Hai Q Nguyen _____          Printed name _____ **Hai Q Nguyen** _____
Signature of individual signing on behalf of the debtor

Debtor   **HKLTN INVESTMENT LLC**                                              Case number *(if known)*
Name

Position or relationship to debtor      **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name _____**HKLTN INVESTMENT LLC**_____

United States Bankruptcy Court for the:

_____**Eastern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   LEGEND ADVANCE FUNDING II, LLC  800 BRICKELL AVE SUITE 902 Miami, FL 33131 | | Cash advance | | | | $91,990.63 |
| 2   IOU FINANCIAL INC  600 TownPark Lane 100 Kennesaw, GA 30144 | | Cash advance | | | | $80,143.11 |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor    **HKLTN INVESTMENT LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Eastern District of Texas

**In re**     HKLTN INVESTMENT LLC

Case No. _____

**Debtor**                                                                 Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. **$3,000.00**

Prior to the filing of this statement I have received ................................................................. **$3,000.00**

Balance Due ................................................................................................................................. **$0.00**

2.     The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.     The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.     ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __06/22/2025__ | __/s/ Gary G Lyon__ |
|---|---|
| *Date* | Gary G Lyon |
| | *Signature of Attorney* |

Bar Number: 005585
Bailey Johnson & Lyon, PLLC
6401 W Eldorado Parkway 234
Mckinney, TX 75070
Phone: (214) 620-2034

__Bailey Johnson & Lyon, PLLC__
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **HKLTN INVESTMENT LLC**                                      CASE NO

                                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **06/22/2025**        Signature _____**/s/ Hai Q Nguyen**_____

                                              Hai Q Nguyen, Managing Member

Aubrey Thrasher Attorneys at
Law
Joseph Mauldin
3050 Peachtree Road NW 240
Atlanta, GA 30305

Bailey Johnson & Lyon, PLLC
6401 W Eldorado Parkway 234
Mckinney, TX 75070

CAPITAL ONE BANK USA NA
PO Box 31293
Salt Lake City, UT 84131

Christopher A. Martinez
Martinez Law P A
2525 PONCE DE LEON BLVD 300
Miami, FL 33134

Christy Le and Hai Doan
417 Mustang Drive
Irving, TX 75063

Core Property Capital LLC
3340 Peachtree Road NE 1660
Atlanta, GA 30326

DO TUNG VU
11210 OLIVER LANE
Frisco, TX 75035

FCI LENDER SERVICES INC
P O BOX 27370
Anaheim, CA 92809

IOU FINANCIAL INC
600 TownPark Lane 100
Kennesaw, GA 30144

LEGEND ADVANCE FUNDING
II, LLC
800 BRICKELL AVE SUITE 902
Miami, FL 33131

Main Street Homes
222 Municipal Dr 138
Richardson, TX 75080

Nguyet Nguyen
2113 Lancecrest Drive
Garland, TX 75044

Vince Tran
10806 Preston Vinyard Dr
Frisco, TX 75035

# United States Bankruptcy Court
### Eastern District of Texas

In re    **HKLTN INVESTMENT LLC**                                        Case No. _____

                                    Debtor(s)          Chapter          _____**11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**HKLTN INVESTMENT LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**06/22/2025**_____          _____**/s/ Gary G Lyon**_____
Date                                          **Gary G Lyon**
                                              Signature of Attorney or Litigant
                                              Counsel for    ____**HKLTN INVESTMENT LLC**____
                                              **Bar Number: 005585**
                                              **Bailey Johnson & Lyon, PLLC**
                                              **6401 W Eldorado Parkway 234**
                                              **Mckinney, TX 75070**
                                              **Phone: (214) 620-2034**
                                              **Email: glyon.attorney@gmail.com**

1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **HKLTN INVESTMENT LLC**                                 CASE NO

                                                                 CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | | |
|---|---|---|---|
| 1. | Gross Income for 12 Months Prior to Filing: | $ | 613,208.55 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 2. | Gross Monthly Income: | $ | 65,000.00 |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | | |
|---|---|---|---|
| 3. | Net Employee Payroll (Other Than Debtor): | $ | 4,058.66 |
| 4. | Payroll Taxes: | $ | 941.34 |
| 5. | Unemployment Taxes: | $ | |
| 6. | Worker's Compensation: | $ | |
| 7. | Other Taxes: | $ | |
| 8. | Inventory Purchases (including raw materials): | $ | 2,000.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray: | $ | |
| 10. | Rent (other than debtor's principal residence): | $ | 9,186.99 |
| 11. | Utilities: | $ | 1,800.00 |
| 12. | Office Expenses and Supplies: | $ | 1,000.00 |
| 13. | Repairs and Maintenance: | $ | |
| 14. | Vehicle Expenses: | $ | |
| 15. | Travel and Entertainment: | $ | |
| 16. | Equipment Rental and Leases: | $ | |
| 17. | Legal/Accounting/Other Professional Fees: | $ | 500.00 |
| 18. | Insurance: | $ | 120.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.): | $ | |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): 1099 Contractors (nail salon workers) | $ | |
| 21. | Other (Specify): 1099 Contractors (nail salon workers) | $ | 41,000.00 |
| 22. | Total Monthly Expenses (Add items 3 - 21) | $ | 60,606.99 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | | |
|---|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): | $ | 4,393.01 |