**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-41780-BTR-11** |
| **HKLTN INVESTMENT, LLC** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

_____

**ORDER GRANTING MOTION TO DEEM**
**LEASE REJECTED AND FOR RELIEF FROM AUTOMATIC STAY**
**FILED BY CPC CAMERON CROSSING, LLC**

On December 2, 2022, the Court called to hearing CPC Cameron Crossing, LLC's ("Movant" or "Landlord") *Motion to Deem Non-Residential Lease Rejected and for Relief from Automatic Stay* (the "Motion"). Having considered the Motion, the limited Objection (Dkt. No. 27), and arguments of counsel, and finding that sufficient notice of the Motion was given pursuant to the Federal and Local Rules of Bankruptcy Procedure, the Court hereby finds that good cause exists to grant the relief requested by the Movant in its Motion. It is therefore

**ORDERED** that the Motion of Movant is granted as provided herein; it is further

**ORDERED** that the non-residential lease between Landlord and Debtor HKLTN Investment LLC is deemed rejected pursuant to 11 U.S.C. § 365(d)(4), effective October 20, 2025; it is further

**ORDERED** that the automatic stay imposed under 11 U.S.C. § 362(a) is hereby lifted to permit Landlord to return to the County Court at Law Number 6 of Collin County to petition that State Court to re-open that case (if necessary) and (a) pursue its state-law remedies and (b) execute

upon the Final Judgment entered June 20, 2025, in Cause No. 006-02189-2025, County Court Number 6 of Collin County, including issuance of a writ of possession, upon the Debtor; it is further

**ORDERED** that the Debtor shall immediately surrender possession of the leased premises to Landlord.

Signed on 12/05/2025

_Brenda T. Rhoades_     SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Jeffrey A. Strauss
PECKAR & ABRAMSON, P.C.
8080 N. Central Expressway,
Suite 1600 LB 65
Dallas, Texas 75206
Tel: (214) 523-5100
Fax: (214) 521-4601
**Attorneys for CPC**
**Cameron Crossing, LLC**